for failure to file a responsive pleading: Pa. R.C.P. 1037 (b); *Phillips v. Evans,* supra.

We shall therefore grant the petition to strike the judgment. Order of the lower court is hereby reversed.

## Brewer's Marine, Inc. *v.* Kings Mountain Corporation, Appellant.

Argued November 15, 1973. Before WRIGHT, P. J., WATKINS, JACOBS, HOFFMAN, CERCONE, and SPAETH, JJ. (SPAULDING, J., absent.)

*Edgar J. Cooke,* with him *Marvin J. Apple,* and *Apple and Bernstein,* for appellant.

*Edward P. Zemprelli,* for appellee.

OPINION BY CERCONE, J., April 3, 1974:

Order of the lower court is reversed.

This appeal is governed by the decision rendered in the case of *Slaughter v. Gruntz,* 227 Pa. Superior Ct. 164, 323 A. 2d 152 (1974).